Benjamin Cohen and Joseph Stollar, Respondents, v. Isaac Cohen and Others, Appellants.— Appeal withdrawn in open court. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Thomas O. Conti, Respondent, v. Antonio Rao and Antonino Giresi, Appellants.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, upon the ground that the judgment is against the weight of evidence. Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ., concurred.

Simon Denier, Appellant, v. Solomon Bonewur, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Vincenzo Dimeo, as Administrator, etc., of Giovanni Paparone, Deceased, Appellant, v. The Staten Island Railway Company, Respondent.— Order setting aside verdict and granting new trial unanimously affirmed, with costs. No opinion. Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ., concurred.

Robert W. Hebberd, as Commissioner, etc., on Complaint of Hannah Spangenberg, Respondent, v. Samuel Schwartz, Appellant.— Judgment of the Court of Special Sessions affirmed by default, with costs. Burr, Thomas, Rich and Carr, JJ., concurred.

Almira T. Dix and Others, Appellants, v. Nassau Electric Railroad Company and Brooklyn Heights Railroad Company, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ., concurred.

Patrick J. Donovan, as Administrator, etc., of Mary Donovan, Deceased, Respondent, v. Daniel Haggerty, Appellant, Impleaded with The Richmond County Savings Bank, Defendant.— Judgment affirmed, with costs. No opinion. Jenks, Burr, Rich and Carr, JJ., concurred.

William B. Emmerich, Appellant, v. P. & F. Corbin, a Corporation, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ.

E. D. Fox Company, Respondent, v. The John H. Mahnken Company and Abram Barasch, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Samuel Glass, Respondent, v. Frank Pelcyger, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr and Rich, JJ., concurred.

William J. Grill, Respondent, v. Morris A. Dubroff, Appellant.— Appeal dismissed, with ten dollars costs and disbursements, upon the ground that there is